✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| MARCUS D. BOYD ) | Case No: 99-CR-30163-DRH |
| ) | USM No: 04923-025 |
| Date of Previous Judgment: 02/28/2000 ) | Phillip J. Kavanaugh |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __169__ months **is reduced to** __136 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  __32__                Amended Offense Level:  __30__
Criminal History Category:  __I__              Criminal History Category:  __I__
Previous Guideline Range:  __121__ to __151__ months    Amended Guideline Range:  __97__ to __121__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   The Court departed upward on Criminal History to a III because a Criminal History of I did not adequately represent Defendant's criminal history.

**III. ADDITIONAL COMMENTS**
This Order is entered as the result of U.S.S.G. Amendment 706 as amended by 711, relating to crack cocaine. If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence, understanding that it is the intent of the Court that this order not affect the length of supervised release ordered previously.

Except as provided above, all provisions of the judgment dated  __02/28/2000__  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  __September 4, 2008__            /s/  *David R Herndon*
                                                            Judge's signature

Effective Date:  __September 14, 2008__        David R. Herndon - United States District Chief Judge
   (if different from order date)                       Printed name and title